1 Name: Alba Yanira Carcamo
2 Address: 3825 1/2 Slauson Ave
3 Maywood CA 90270
4 Phone: 951-216-5343
5 Plaintiff In Pro Per

FILED
CLERK U.S DISTRICT COURT
APR 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
2012 APR 17 PH 3:___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Alba Yanira Carcamo
PLAINTIFF,
vs.
Vacation Interval Realty Inc.
Monarch Grand Vacation
Management Inc.
Pacific Monarch Resorts Inc
Walter Lopez
DEFENDANT(S).

Case No.: CV12-03335-ABC(VBKx)
(To be supplied by the Clerk)

COMPLAINT FOR:
Discrimination
Cal Gov. Code 12940(a)
Violation of Title VII

Jury Trial Demanded: ☒ Yes ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under Civil Rights Law, Labor, wages that have not been pay, paying Plaintiff after her termination date, do not providing medical coverage when she requested, and Discrimination on National Origin, Race, Sex, Religious beliefs and Sexual Harrasment. and post truma stress. Termination, harrassment, failure to stop discrimination, retaliation,

## II. VENUE

2. Venue is proper pursuant to US Courthouse 312 N. Spring St. Los Angeles, CA. 90012

## III. PARTIES

3. Plaintiff's name is Alba Yanira Carcamo Plaintiff resides at: 3825 1/2 Slauson Ave Maywood, CA 90270

4. Defendant Vacation Interval Realty Inc. Monarch Grand Vacation Management Inc. Pacific Monarch Resorts Inc. 23091 Mill Creek Rd. Laguna Miguel CA. 92653

5. Defendant Monarch Grand Vacation Management Inc. 23091 Mill Creek Rd Laguna Miguel CA. 92653

1  \_\_. Defendant Pacific Monarch Resorts inc
2  *Insert ¶ #*
3  23091 Mill Creek Rd
4  Laguna Niguel CA. 92653
5
6
7
8  \_\_. Defendant Walter Lopez as an individual
9  *Insert ¶ #*
10 23091 Mill Creek Dr.
11 Laguna Hills CA. 92653
12
13
14
15 \_\_. Defendant Pacific Monarch Resort inc.
16 *Insert ¶ #*
17 Vacation Interval ~~Relat~~ Realty, inc.
18 23091 Mill Creek Ave
19 Laguna Hills, CA. 92653
20
21
22 \_\_. Defendant Vacation Interval Realty inc.
23 *Insert ¶ #*
24 23091 Mill Creek Drive
25 Laguna Hills, CA 92653
26 949-609-2400.
27
28

*Page Number*

## IV. STATEMENT OF FACTS

1. Discrimination started on 3/11/2010 by Diana Torres Line Mgr. She said, "You Plaintiff (Alba Janira Carcamo) will not make it here — You're not Walter Lopez type — He doesn't like women from El Salvador.

3/12/2010 — Trish and Cristal Diana told you to quit leave you don't

2. Threats from Trish & Cristal. Know what kind of Bitch I can be Trish said "with Threats!"

3/15/2010 — Stupid I will get you fired Alba Cristal said " I am Edmans wife and I get what I want and I don't like your skin color."

3. Dave PFennighausen General Mgr. 3/20/2010. Said to Plaintiff (Alba Janira Carcamo) Hermosa Lady If I am on your side it doesn't matter what everyone wants. Walter will be your new Line Manager. Do what he tell you to do always O.K.

1
2  "On 3/2010
3  Walter Lopez started Requested
4  Sex, Oral Sex, and wanted
5  to make Plaintiff (Alba Janira
6  Carcamo) to meet Dave Pfennighausen
7  outside of work to play sex
8  games. The answer was always
9  NO!"

10
11  It shall be an unlawful employment
12  practice (a) for an employer, because
13  of the race, religious creed, color
14  national origin, ancestry, physical
15  disability, mental disability,
16  medical condition, marital status
17  Sex, age, or sexual orientation of
18  any person. to discharge the
19
20  person from employment. or to
21  Descriminate against the person
22  in Compensation, or in terms,
23  Conditions or privileges of employment
24  Cal. Gov. Code § 12940(a)
25  Title VII Treats Sexual Harassment
26  as another form of sex Discrimination
27  A violation of title VII is established if
28  "Discrimination based on sex.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

Discrimination of Cal Gov Code 12940(a)
*insert title of cause of action*

(As against Defendant(s): Vacation Interval Realty Inc.

From the beginning of Plaintiff was confronted by a sexually hostile work environment, Plaintiff was exposed to various female employees making sexual comments as plaintiff took her break in the break Rm.

Example. Partricia Prieto (Trish) made it a habit of speaking openly about her sexual practices with Walter Lopez and Dave in the presence of Plaintiff. She described how she performed oral sex to get her Breast implant paid for.

And to always get the best tour to make a sale every night she needed to have Edman happy sexually she learned from Cristal she said.

**SECOND CAUSE OF ACTION**

(Discrimination Cal Gov. Codes 12940(a))
*insert title of cause of action*

(As against Defendant(s): Monarch Grand Vacation Management, Inc.)

In April of 2010. Plaintiff spoke to David PFennighausen he failed to launch an investigation into the complants of Discrimination of religious, race, sex, nation origin and Sexual harassment. Therefore, Plaintiff kept to herself.

Plaintiff was not allowed to eat her lunch or take breaks without being subjected to sexually offensive conversations.

Plaintiff sex discrimination based on her sexual harrassment. Roby v McKesson Corp (2009) 47C4th 686, 709 101 C R 3d at 788, Fn 8) Title VII Treats Sexual harrassment as Sex Discrimination a violation of Title VII is established.

## THIRD CAUSE OF ACTION

Descrimination on Nation Origin
*insert title of cause of action*

(As against Defendant(s): Monarch Grand Vacation Management Inc.)

Approximately on June 2010 Plaintiff tires were slashed in the parking lot. Plaintiff quit driving to work and began taking the bus.

Plaintiff complained to Pfennighausen and Lopez but the answer Plaintiff got was "you need to move your body, move sexually to get sales from men." and Pfennighausen and Lopez admitted paying Prietos Breast Enhancements because she moved very sexually for them. Employer is strictly liable for Harassment by supervisor Hope v California Youth Authority. (2005) 134 Cal. App 4th 577. The employer may, however, be directly liable if it knows of the harassment and fails to stop it.

## FOURTH CAUSE OF ACTION

<u>Discremination</u>
*insert title of cause of action*

(As against Defendant(s): Pacific Monarch Resorts inc

Plaintiff complained to Micki Jack Dave Pfennighausen, Micky B. about Walter Lopez, Rubi, Prieto, Cristal Hugs Deana Torres' Discrimination and management didn't stop the Discrimination.

Walter Lopez and Dave Pfennighausen requested Oral Sex on September 19, 2010 and said "If you want to work you need to

Perform Oral Sex tonight and meet us at the Hilton after work are i am going to fire you for lack of Performance!"

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

3 million Dollars and her job back because she was put on discrimination sexual harassment with Psychological harrassment on the workplace by Walter Lopez, Dave Phinnighausen, Patricia Prieto, Diana Torres, Cristal Hugg Sexual favor eg. unwanted sexual advance with employment benefit upon exchange of Sexual favors Cal. Gov Code 12940(j). Cal Code Regs. tit 2 §§ 787.6(b)(A)-(D) and 7291.1(f)(1).

Harris vs. Forklift Systems Inc. 510 US 17, 23 114 S.Ct. 367 (1993) the Supreme Court enunciated the factors to be considered in determining the alleged conduct interferes the employee's work performance.

Dated: 4/16/2012

Sign: [signature]

Print Name: Alba y. Carcamo

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 4/16/2012

Sign: *[signature]*

Print Name: Alba Y. Carcamo

In 09/2010 Walter Lopez stopped my sales on 09/16/2010 09/18/2010 and 09/22/2010 I called Mickey B. at 650-269-2918 but he never re-turned my calls I was asking for help from the company and I didn't get it.
5. Names of witnesses to the event or problem:
I certify that the information reported above is true and correct to the best of my knowledge.
Print Name Alba Yanira Carcamo
Employee Signature Date
11/09/2010
Location: Ontario Office
Contact Phone Number (951) 216-5342



-----Original Message-----
From: carcamo@mail.com
To: mjack@pmonarch.com
Sent: Thu, Nov 4, 2010 2:41 pm
Subject: Sexual Harassment At Work


Pacific Monarch Resort

Human Resources Manager

MICKI JACK


### Re: Sexual Harassment At Work

Sexual harassment is a form of sex discrimination. The legal definition of sexual harassment is "**unwelcome verbal, visual, or physical conduct of a sexual nature that is severe or pervasive and affects working conditions and creates a hostile work environment.**"

### Conduct Of Sexual Nature at work by Walter Lopez

**Verbal:** Comments about my clothing, personal behavior, and body; sexual or sex-based jokes; requesting sexual favors and repeatedly asking if I would just live with someone without getting marry; sexual innuendoes; telling rumors about me; threatening me if I don't keep him happy I wouldn't have a job.

**Physical:** Assault; impeding or blocking movement; inappropriate touching of my back; patting, stroking by **Nonverbal:** Looking up and down of my body; derogatory gestures and facial expressions of a sexual nature.

I was harassed by Walter Lopez because I am a Hispanic female. I did inform you that Walter Lopez has being in sexually relationships with Diana Torres to help her advance in her career with the company, Rossie and others!

Yes! I am a hispanic female that respects herself. I believe that a good education will get me to the other side and I don't have to sleep with any man to advance in my career!!!

### Affected My Working Conditions and Created a Hostile Work Environment

I was fired and given a poor performance evaluation, because I reject to open my legs to Walter Lopez. Certainly is sexual harassment. His conduct at the table with my tours reflected his anger and conduct unreasonably interfered with my work performance and creates an "intimidating, hostile, or offensive work environment." For example, it

III.

SUMMARY OF MS. CARCAMO'S DAMAGES

A plaintiff in a successful discrimination action under the FEHA is entitled to all compensatory and punitive damages available in civil tort cases. (See, Commodore Home Systems v. Superior Court (1982) 32 Cal. 3d 211, 185 Cal. Rptr. 270; Government Code Section 12965(b)).

A.   COMPENSATORY DAMAGES

Ms. Carcamo's will be entitled to lost wages, including:

- Back Pay (Ackerman v. Western Electric Co., 643 F. Supp. 836, 853-56 (N.D. Cal. 1986), aff'd, 860 F.2d 1514 (9th Cir. 1988)).

- Front Pay (Ackerman v. Western Electric Co., 643 F. Supp. 836, 856-57 (N.D. Cal. 1986), aff'd, 860 F.2d 1514 (9th Cir. 1988)).

- Prejudgment Interest (Bihun v. AT&T Information Sys., 13 Cal. App. 4th 976, 998-1006, 16 Cal. Rptr. 2d 787 (1993), disapproved on other grounds, Lakin v. Watkins Assoc. Indus., 6 Cal. 4th 644, 25 Cal. Rptr. 2d 253 (1992)).

However, the most significant harm to Ms. Carcamo is the personal injury caused by her co-workers, supervisor, and, ultimately, PMR'S conduct. She suffered, and continues to suffer, both severe physical and emotional distress. Ms. Carcamo developed depressive and anxious emotional and psychophysiological symptoms reactive to experiences of stress arising from disturbing events at work.

As a result of the experiences of stress in the workplace, Ms. Carcamo developed symptoms of mental disorder including depression, anxiety, stress, irritability and insomnia. The effects of the emotional traumas caused significant alterations in Ms. Carcamo's previously active lifestyle such that the quality of her life became deteriorated. She lost interest in previously enjoyed activities such as spending time with her children, going for walks, exercising at the gym and performing routine household tasks. Ms. Carcamo remains symptomatic.

As you may know, it is common for California juries to award substantial damages for these types of injuries. There is no formula or cap on these damages under California law. A study by the management-side law firm of Orrick, Herrington & Sutcliffe, LLP found that the median jury award for emotional distress alone in an employment action in 1998 was $500,000. The average emotional

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Audrey B. Collins and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

**CV12- 3335 ABC (VBKx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Alba Yanira Carcamo
3825 1/2 Slauson Ave,
Maywood, CA 90270

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Alba Yanira Carcamo | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV12-3335-ABC(VBKx) |
| Vacation Interval realty Inc., Monarch Grand Vacation Management Inc., Pacific Monarch Resorts Inc., Walter Lopez | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Alba Yanira Carcamo_____, whose address is _3825 1/2 Slauson Ave, Maywood, CA 90270_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

APR 2 0 2012

Dated: _____

Clerk, U.S. District Court

By: _____ANDRES PEDRO_____
Deputy Clerk

(Seal of the Court)

1202

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Alba Y. Carcamo

**DEFENDANTS** Vacation Internal Realty Inc
Monarch Grand Vacation
Pacific Resorts

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No
☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☒ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV12-03335-ABC (VBKx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)          CIVIL COVER SHEET          Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 4/16/2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |