Christine Baran, SBN 158603
e-mail: cbaran@laborlawyers.com
Colin Calvert, SBN 275195
e-mail: ccalvert@laborlawyers.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendants, VACATION INTERVAL REALTY, INC., MONARCH GRAND VACATION MANAGEMENT INC., PACIFIC MONARCH RESORTS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBA YANIRA CARCAMO,<br><br>       Plaintiff,<br><br>   vs.<br><br>VACATION INTERVAL REALTY, INC., MONARCH GRAND VACATION MANAGEMENT INC., PACIFIC MONARCH RESORTS INC., WALTER LOPEZ.<br><br>       Defendants. | Case Number: CV12-3335-ABC(VBKx)<br><br>STATUS OF BANKRUPTCY PROCEEDING AND STAY |

TO THE COURT AND ALBA YANIRA CARCAMO, PRO PER:

Pursuant to the Notice of Bankruptcy Stay filed with this Court on May 15, 2012, Defendants VACATION INTERVAL REALTY, INC., MONARCH GRAND VACATION MANAGEMENT INC., PACIFIC MONARCH RESORTS INC. were requested to provide notice every 60 days as to the status of the bankruptcy proceeding and stay. The following is the such status:

Pacific Monarch Resorts, Inc. and the following affiliated debtors (collectively, the "<u>Debtors</u>") commenced bankruptcy cases by filing voluntary

petitions for relief under chapter 11 of the United States Bankruptcy Code (the "<u>Bankruptcy Code</u>") on October 24, 2011 (the "<u>Petition Date</u>"):

      a.    Vacation Interval Realty, Inc., a California corporation;

      b.    Vacation Marketing Group, Inc., a California corporation;

      c.    MGV Cabo, LLC, a California limited liability company;

      d.    Desarrollo Cabo Azul, S. de R.L. de C.V.; and

      e.    Operadora MGVM S. de R.L. de C.V.

      The Debtors continue to manage their affairs as debtors in possession under Bankruptcy Code sections 1107(a) and 1108.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.  On December 20, 2011, the Office of the United States Trustee filed its *Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims*, and formed the Official Committee of Unsecured Creditors.

      On May 21, 2012, the Debtors closed two bankruptcy court-approved transactions resulting in the sale of substantially all of the Debtors' operating assets (the "<u>Sales</u>") to DPM Acquisition, LLC ("<u>DPM</u>") and Resort Finance America, LLC and RFA PMR Loanco, LLC.  Before the closing of the Sales, the Debtors operated a "timeshare" business.  The Debtors generated revenue primarily from the sale and financing of "vacation ownership points" in a timeshare program commonly known and marketed as "Monarch Grand Vacations."  Since the closing of the Sales, the Debtors have been winding down their timeshare business, and transitioning their operations to DPM under a transition services agreement.  The Debtors anticipate that the transition services will take 180 days to complete

      The closing of the Sales has allowed the Debtors to devote their time toward the formulation of a chapter 11 plan.  The bankruptcy court recently entered an order extending the Debtors' exclusive period to file a chapter 11 plan

1 | through July 30, 2012.

2

3 | Dated: July 16, 2012                              FISHER & PHILLIPS LLP

4

5 |                                                   By: ___/s/_____
                                                          CHRISTINE BARAN
6 |                                                       COLIN CALVERT
                                                          Attorneys for Defendants,
7 |                                                       VACATION INTERVAL
                                                          REALTY, INC., MONARCH
8 |                                                       GRAND VACATION
                                                          MANAGEMENT INC., PACIFIC
9 |                                                       MONARCH RESORTS INC.

# **PROOF OF SERVICE**

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 18400 Von Karman Avenue, Suite 400, Irvine, California, 92612.

On July 16, 2012, I served the foregoing document entitled STATUS OF BANKRUPTCY PROCEEDING AND STAY**,** on all the appearing and/or interested parties in this action by placing *the original  a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

Alba Yanira Carcamo                              PRO PER
3825 1/2 Slauson Avenue
Maywood, CA  90270
951-216-5353

☒ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by FAX]** I caused the aforementioned document(s) to be telefaxed to the aforementioned facsimile number(s). The machine printed a record of the transmission, and no error was reported by the machine.

☐ **[by FEDERAL EXPRESS]** I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by PERSONAL SERVICE]** I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with ASAP Corporate Services, Inc., whose business address is 17817 Gillette Avenue, Irvine, California 92614.

☒ **[FEDERAL]**  - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made

Executed on **July 16, 2012** at Irvine California.

Jill McIntee                                          By:  /s/
Print Name                                                    Signature

PROOF OF SERVICE

Irvine 803593.1